ORIGINAL

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :     SEALED
                                        INDICTMENT
          -v-                     :
                                        S1 11 Cr. 4̶1̶6̶ (VM)
ALPHONSE TRUCCHIO,                :          614 C4
WILLIAM PAZIENZA, SR.,
     a/k/a "Old Man Willy,"       :
     a/k/a "The Grandfather,"
CHRISTOPHER COLON,                :
RICHARD GUTKOWSKI,
ANTHONY FRASCONE,                 :
     a/k/a "The Walker,"
     a/k/a "Perry Como,"          :
PAUL CASELLA,
LAWRENCE ZAINO,                   :
ALEKSANDR KRAVETS,
     a/k/a "Big Alex,"            :
THOMAS DEVITT III,
     a/k/a "Tommy D,"             :
GERALD MONFORT,
YONG WANG,                        :
     a/k/a "Jonathan,"
BORIS YUSUPOV,                    :
VITALIY MINDYUK,
ZHANNA KUZNETSOVA,                :
     a/k/a "Zhanna Striano,"
     a/k/a "Jane,"                :
ELENA TURUBANOVA,
     a/k/a "Elena Totten,"        :
NATALIA IVANOVA,
     a/k/a "Natasha,"             :
CHRISTINE GUNNING,
     a/k/a "Christine Dalaba,"    :
JEFFREY RINCHEY,
OSCAR ZELEDON, and                :
ALEXANDER BELESON,
                                  :
          Defendants.
                                  :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 17 2011

**COUNT ONE**
(Racketeering Conspiracy)

The Grand Jury charges:

The Enterprise

1.    At all times relevant to this Indictment, ALPHONSE TRUCCHIO, WILLIAM PAZIENZA, SR., a/k/a "Old Man Willy," a/k/a "The Grandfather," CHRISTOPHER COLON, RICHARD GUTKOWSKI, ANTHONY FRASCONE, a/k/a "The Walker," a/k/a "Perry Como," PAUL CASELLA, and LAWRENCE ZAINO, the defendants, and others known and unknown, were members of an organized criminal enterprise involved in criminal activities relating to the operation of strip clubs throughout Queens, New York, and Long Island, New York (the "Strip Club Enterprise").  The Strip Club Enterprise was a criminal organization whose members engaged in crimes including extortion; visa fraud; and transporting, harboring, and inducing the entry of illegal aliens, among other crimes.

2.    The Strip Club Enterprise constituted an "enterprise," as that term is defined in Title 18, United States Code, Section 1961(4) -- that is, a group of individuals associated in fact.  This enterprise was engaged in, and its activities affected, interstate and foreign commerce.  The Strip Club Enterprise was an organized criminal group based in New York City that operated in the Southern District of New York, the Eastern District of New York, and elsewhere and constituted an ongoing organization whose members functioned as a continuing

unit for a common purpose of achieving the objectives of the enterprise.

3.    The Strip Club Enterprise was in part comprised of members and associates of the Gambino Organized Crime Family and Bonnano Organized Crime Family (collectively, the "Organized Crime Families") of La Cosa Nostra ("LCN") or the "Mafia." ALPHONSE TRUCCHIO, WILLIAM PAZIENZA, SR., a/k/a "Old Man Willy," a/k/a "The Grandfather," CHRISTOPHER COLON, and RICHARD GUTKOWSKI, the defendants, were members or associates of the Gambino Organized Crime Family.  Specifically, TRUCCHIO was a "made" or formally inducted member of the Gambino Organized Crime Family, and a Gambino Organized Crime Family Captain, meaning a supervisor of other Gambino Organized Crime Family members and associates.  PAZIENZA was a Soldier, meaning a "made" member of the Gambino Organized Crime Family.  COLON and GUTKOWSKI were associates of the Gambino Organized Crime Family, meaning that they participated in the various activities of the Gambino Organized Crime Family but were not "made" or formally inducted. FRASCONE was a "made" member of the Bonnano Organized Crime Family, and a Bonnano Organized Crime Family Captain, while CASELLA and ZAINO were Bonnano Organized Crime Family associates.

4.    The Strip Club Enterprise controlled a series of strip clubs throughout Queens and Long Island, New York.  Among other things, the Strip Club Enterprise recruited women from

Russia and Eastern Europe to enter the United States and work at the strip clubs, and facilitated their entry by helping them fraudulently obtain nonimmigrant J-1 visas.  Once the women arrived in the United States, the Strip Club Enterprise brought them to the strip clubs to work as strippers in violation of the visas, and often provided housing and transportation for the women as well.

5.   The Strip Club Enterprise controlled the strip clubs by obtaining and receiving payments from the strip club owners and operators under threat of physical and economic harm, and in exchange for protection from other organized crime figures.  These strip clubs, and their owners and operators, were sometimes referred to as "connected" or identified as "with," "around," or "under" a member or associate of either the Gambino Organized Crime Family or Bonnano Organized Crime Family.  In addition, Gambino Organized Crime Family or Bonnano Organized Crime Family members or associates were at various times stationed at certain of the strip clubs to oversee that particular Organized Crime Family's interest and control over the club.

6.   The Strip Club Enterprise also resolved actual and potential disputes among the owners and operators of certain strip clubs regarding the operation, conduct, and control of illegal activities, including disputes over the apportionment

4

among those clubs of Russian and Eastern European women who were recruited by the Strip Club Enterprise and brought illegally to the United States, and disputes about which of the Organized Crime Families would control and receive extortion payments from a particular strip club. In particular, ALPHONSE TRUCCHIO, WILLIAM PAZIENZA, SR., a/k/a "Old Man Willy," a/k/a "The Grandfather," CHRISTOPHER COLON, and RICHARD GUTKOWSKI, the defendants, and members of the Strip Club Enterprise who represented the Gambino Organized Crime Family, and ANTHONY FRASCONE, a/k/a "The Walker," a/k/a "Perry Como," PAUL CASELLA, and LAWRENCE ZAINO, the defendants, and members of the Strip Club Enterprise who represented the Bonnano Organized Crime Family, periodically held meetings to discuss and resolve disputes among the strip clubs that they respectively controlled.

7.   At all times relevant to this Indictment, ALPHONSE TRUCCHIO, WILLIAM PAZIENZA, SR., a/k/a "Old Man Willy," a/k/a "The Grandfather," CHRISTOPHER COLON, RICHARD GUTKOWSKI, ANTHONY FRASCONE, a/k/a "The Walker," a/k/a "Perry Como," PAUL CASELLA, and LAWRENCE ZAINO, the defendants, were members of the Strip Club Enterprise, and participated in its operation and management. The defendants participated in unlawful and other activities in furtherance of the conduct of the enterprise's affairs, including, among other things, extortion, visa fraud,

and transporting, harboring, hiring, and inducing the entry of illegal aliens.

## Purposes of the Enterprise

8.   The purposes of the enterprise included the following:

a.   Enriching the leaders, members, and associates of the enterprise through criminal activities;

b.   Preserving and augmenting the power, territory, and financial profits of the enterprise through intimidation, violence, and threats of physical and economic harm; and

c.   Keeping victims and citizens in fear of the enterprise and its members by: (i) identifying the enterprise and its members with La Cosa Nostra or the "Mafia;" (ii) causing and threatening to cause economic harm; and (iii) committing and threatening to commit physical violence.

## The Racketeering Conspiracy

9.   From at least in or about 2008 through in or about 2011, in the Southern District of New York and elsewhere, ALPHONSE TRUCCHIO, WILLIAM PAZIENZA, SR., a/k/a "Old Man Willy," a/k/a "The Grandfather," CHRISTOPHER COLON, RICHARD GUTKOWSKI, ANTHONY FRASCONE, a/k/a "The Walker," a/k/a "Perry Como," PAUL CASELLA, and LAWRENCE ZAINO, the defendants, and others known and unknown, being persons employed by and associated with the

racketeering enterprise described in Paragraphs 1 through 8 above, namely, the Strip Club Enterprise, which enterprise was engaged in, and the activities of which affected, interstate and foreign commerce, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to violate Title 18, United States Code, Section 1962(c), to wit, to conduct and participate, directly and indirectly, in the conduct of the affairs of that enterprise through a pattern of racketeering activity, as that term is defined in Title 18, United States Code, Sections 1961(1) and 1961(5), and as set forth below in paragraph 10.

<u>The Pattern of Racketeering</u>

10.  The pattern of racketeering activity, as defined in Title 18, United States Code, Sections 1961(1) and 1961(5), through which ALPHONSE TRUCCHIO, WILLIAM PAZIENZA, SR., a/k/a "Old Man Willy," a/k/a "The Grandfather," CHRISTOPHER COLON, RICHARD GUTKOWSKI, ANTHONY FRASCONE, a/k/a "The Walker," a/k/a "Perry Como," PAUL CASELLA, and LAWRENCE ZAINO, the defendants, and their co-conspirators agreed to conduct and participate in the conduct of the affairs of the enterprise consisted of the following multiple acts:

(a)  Acts indictable under Title 18, United States Code, Section 1951, which prohibits extortion; and acts involving extortion, in violation of New York State Penal Law, Section 155;

7

(b) Acts indictable under Title 18, United States Code, Section 1546, which prohibits visa fraud;

(c) Acts indictable under Title 8, United States Code, Section 1324, which prohibits the transporting, harboring, and inducing the entry of illegal aliens.

(Title 18, United States Code, Section 1962(d).)

## COUNT TWO
(Racketeering)

The Grand Jury further charges:

11. Paragraphs 1 through 8 of this Indictment are repeated and realleged and incorporated by reference as though fully set forth herein.

12. From at least in or about 2008 through in or about 2011, in the Southern District of New York and elsewhere, ALPHONSE TRUCCHIO, WILLIAM PAZIENZA, SR., a/k/a "Old Man Willy," a/k/a "The Grandfather," CHRISTOPHER COLON, RICHARD GUTKOWSKI, ANTHONY FRASCONE, a/k/a "The Walker," a/k/a "Perry Como," PAUL CASELLA, and LAWRENCE ZAINO, the defendants, and others known and unknown, being persons employed by and associated with the racketeering enterprise described in Paragraphs 1 through 8 above, namely, the Strip Club Enterprise, which enterprise was engaged in, and the activities of which affected, interstate and foreign commerce, willfully and knowingly did conduct and participate, directly and indirectly, in the conduct of the affairs of that enterprise through a pattern of racketeering

8

activity, as that term is defined in Title 18, United States Code, Sections 1961(1) and 1961(5), that is, through the commission of the following racketeering acts:

<u>The Pattern of Racketeering</u>

13. The pattern of racketeering activity, as defined in Title 18, United States Code, Sections 1961(1) and 1961(5), consisted of the following acts:

**<u>Racketeering Act One:</u>**
**<u>Extortion and Extortion Conspiracy - Owners and Operators Of</u>**
**<u>Strip Club-1</u>**

14. ANTHONY FRASCONE, a/k/a "The Walker," a/k/a "Perry Como," PAUL CASELLA, and LAWRENCE ZAINO, the defendants, committed the following acts, any one of which alone constitutes the commission of Racketeering Act One:

a.   From at least in or about November 2010 through in or about 2011, in the Southern District of New York and elsewhere, ANTHONY FRASCONE, a/k/a "The Walker," a/k/a "Perry Como," PAUL CASELLA, and LAWRENCE ZAINO, the defendants, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to commit extortion, as that term is defined in Title 18, United States Code, Section 1951(b)(2), by obtaining money and property from and with the consent of another person, to wit, individuals who owned and operated a strip club on Long Island, New York ("Strip Club-1"), which consent was induced by the wrongful use

9

of actual and threatened force, violence, and fear, and thereby
would and did obstruct, delay, and affect commerce and the
movement of articles and commodities in commerce, as that term is
defined in Title 18, United States Code, Section 1951(b)(3), in
violation of Title 18, United States Code, Section 1951.

      b.    From at least in or about November 2010
through in or about 2011, in the Southern District of New York
and elsewhere, ANTHONY FRASCONE, a/k/a "The Walker," a/k/a "Perry
Como," PAUL CASELLA, and LAWRENCE ZAINO, the defendants, and
others known and unknown, willfully and knowingly did commit and
attempt to commit extortion, and aid and abet the commission of
extortion, as that term is defined in Title 18, United States
Code, Section 1951(b)(2), by obtaining money and property from
and with the consent of owners and operators of Strip Club-1
whose consent was induced by the wrongful use of actual and
threatened force, violence, and fear, and thereby did obstruct,
delay, and affect commerce and the movement of articles and
commodities in commerce, as that term is defined in Title 18,
United States Code, Section 1951(b)(3), in violation of Title 18,
United States Code, Sections 1951 and 2.

      c.    From at least in or about November 2010
through in or about 2011, in the Southern District of New York
and elsewhere, ANTHONY FRASCONE, a/k/a "The Walker," a/k/a "Perry
Como," PAUL CASELLA, and LAWRENCE ZAINO, the defendants, and

others known and unknown, willfully and knowingly did obtain

property by extortion committed by instilling in owners and

operators of Strip Club-1 a fear that FRASCONE, CASELLA, ZAINO,

and other persons, would cause physical injury to some person in

the future and cause damage to property, in violation of New York

State Penal Law, Sections 155.40 and 20.00.

**Racketeering Act Two:**
**Extortion and Extortion Conspiracy - Owners and Operators of**
**Strip Club-2**

15.   ALPHONSE TRUCCHIO, WILLIAM PAZIENZA, SR., a/k/a

"Old Man Willy," a/k/a "The Grandfather," CHRISTOPHER COLON,

ANTHONY FRASCONE, a/k/a "The Walker," a/k/a "Perry Como," PAUL

CASELLA, and LAWRENCE ZAINO, the defendants, committed the

following acts, any one of which alone constitutes the commission

of Racketeering Act Two:

a.   From at least in or about 2008 through in or

about 2011, in the Southern District of New York and elsewhere,

ALPHONSE TRUCCHIO, WILLIAM PAZIENZA, SR., a/k/a "Old Man Willy,"

a/k/a "The Grandfather," CHRISTOPHER COLON, ANTHONY FRASCONE,

a/k/a "The Walker," a/k/a "Perry Como," PAUL CASELLA, and

LAWRENCE ZAINO, the defendants, and others known and unknown,

willfully and knowingly combined, conspired, confederated, and

agreed together and with each other to commit extortion, as that

term is defined in Title 18, United States Code, Section

1951(b)(2), by obtaining money and property from and with the

consent of another person, to wit, individuals who owned and
operated a strip club in Queens, New York ("Strip Club-2"), which
consent was induced by the wrongful use of actual and threatened
force, violence, and fear, and thereby would and did obstruct,
delay, and affect commerce and the movement of articles and
commodities in commerce, as that term is defined in Title 18,
United States Code, Section 1951(b)(3), in violation of Title 18,
United States Code, Section 1951.

      b.    From at least in or about 2008 through in or
about 2011, in the Southern District of New York and elsewhere,
ALPHONSE TRUCCHIO, WILLIAM PAZIENZA, SR., a/k/a "Old Man Willy,"
a/k/a "The Grandfather," CHRISTOPHER COLON, ANTHONY FRASCONE,
a/k/a "The Walker," a/k/a "Perry Como," PAUL CASELLA, and
LAWRENCE ZAINO, the defendants, and others known and unknown,
willfully and knowingly did commit and attempt to commit
extortion, and aid and abet the commission of extortion, as that
term is defined in Title 18, United States Code, Section
1951(b)(2), by obtaining money and property from and with the
consent of owners and operators of Strip Club-2, whose consent
was induced by the wrongful use of actual and threatened force,
violence, and fear, and thereby did obstruct, delay, and affect
commerce and the movement of articles and commodities in
commerce, as that term is defined in Title 18, United States

Code, Section 1951(b)(3), in violation of Title 18, United States Code, Sections 1951 and 2.

        c.    From at least in or about 2008 through in or about 2011, in the Southern District of New York and elsewhere, ALPHONSE TRUCCHIO, WILLIAM PAZIENZA, SR., a/k/a "Old Man Willy," a/k/a "The Grandfather," CHRISTOPHER COLON, ANTHONY FRASCONE, a/k/a "The Walker," a/k/a "Perry Como," PAUL CASELLA, and LAWRENCE ZAINO, the defendants, and others known and unknown, willfully and knowingly did obtain property by extortion committed by instilling in owners and operators of Strip Club-2 a fear that TRUCCHIO, PAZIENZA, COLON, FRASCONE, CASELLA, ZAINO, and other persons, would cause physical injury to some person in the future and cause damage to property, in violation of New York State Penal Law, Sections 155.40 and 20.00.

<b>Racketeering Act Three:</b><br>
<b>Extortion and Extortion Conspiracy – Owners and Operators of</b><br>
<b>Strip Club-3 and Strip Club-4</b>

        16.    ALPHONSE TRUCCHIO, WILLIAM PAZIENZA, SR., a/k/a "Old Man Willy," a/k/a "The Grandfather," CHRISTOPHER COLON, RICHARD GUTKOWSKI, ANTHONY FRASCONE, a/k/a "The Walker," a/k/a "Perry Como," PAUL CASELLA, and LAWRENCE ZAINO, the defendants, committed the following acts, any one of which alone constitutes the commission of Racketeering Act Three:

a.    From at least in or about 2008 through in or about 2011, in the Southern District of New York and elsewhere, ALPHONSE TRUCCHIO, WILLIAM PAZIENZA, SR., a/k/a "Old Man Willy," a/k/a "The Grandfather," CHRISTOPHER COLON, RICHARD GUTKOWSKI, ANTHONY FRASCONE, a/k/a "The Walker," a/k/a "Perry Como," PAUL CASELLA, and LAWRENCE ZAINO, the defendants, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to commit extortion, as that term is defined in Title 18, United States Code, Section 1951(b)(2), by obtaining money and property from and with the consent of another person, to wit, individuals who owned and operated strip clubs in Queens, New York ("Strip Club-3" and "Strip Club-4"), which consent was induced by the wrongful use of actual and threatened force, violence, and fear, and thereby would and did obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), in violation of Title 18, United States Code, Section 1951.

b.    From at least in or about 2008 through in or about 2011, in the Southern District of New York and elsewhere, ALPHONSE TRUCCHIO, WILLIAM PAZIENZA, SR., a/k/a "Old Man Willy," a/k/a "The Grandfather," CHRISTOPHER COLON, RICHARD GUTKOWSKI, ANTHONY FRASCONE, a/k/a "The Walker," a/k/a "Perry Como," PAUL

CASELLA, and LAWRENCE ZAINO, the defendants, and others known and unknown, willfully and knowingly did commit and attempt to commit extortion, and aid and abet the commission of extortion, as that term is defined in Title 18, United States Code, Section 1951(b)(2), by obtaining money and property from and with the consent of owners and operators of Strip Club-3 and Strip Club-4 whose consent was induced by the wrongful use of actual and threatened force, violence, and fear, and thereby did obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), in violation of Title 18, United States Code, Sections 1951 and 2.

c.     From at least in or about 2008 through in or about 2011, in the Southern District of New York and elsewhere, ALPHONSE TRUCCHIO, WILLIAM PAZIENZA, SR., a/k/a "Old Man Willy," a/k/a "The Grandfather," CHRISTOPHER COLON, RICHARD GUTKOWSKI, ANTHONY FRASCONE, a/k/a "The Walker," a/k/a "Perry Como," PAUL CASELLA, and LAWRENCE ZAINO, the defendants, and others known and unknown, willfully and knowingly did obtain property by extortion committed by instilling in owners and operators of Strip Club-3 and Strip Club-4 a fear that TRUCCHIO, PAZIENZA, COLON, GUTKOWSKI, FRASCONE, CASELLA, ZAINO, and other persons would cause physical injury to some person in the future and cause

15

damage to property, in violation of New York State Penal Law, Sections 155.40 and 20.00.

### Racketeering Act Four:
### Visa Fraud

17.   ALPHONSE TRUCCHIO, WILLIAM PAZIENZA, SR., a/k/a "Old Man Willy," a/k/a "The Grandfather," RICHARD GUTKOWSKI, PAUL CASELLA, and LAWRENCE ZAINO, the defendants, committed the following acts, any one of which alone constitutes the commission of Racketeering Act Four:

a.   From at least in or about 2008 through in or about 2011, in the Southern District of New York and elsewhere, ALPHONSE TRUCCHIO, WILLIAM PAZIENZA, SR., a/k/a "Old Man Willy," a/k/a "The Grandfather," RICHARD GUTKOWSKI, PAUL CASELLA, and LAWRENCE ZAINO, the defendants, and others known and unknown, willfully and knowingly did utter, use, attempt to use, possess, obtain, accept, and receive, and aid and abet the utterance, use, attempt to use, possession, obtainment, acceptance, and receipt of, an immigrant and nonimmigrant visa, permit, border crossing card, alien registration receipt card and other document prescribed by statute and regulation for entry into and as evidence of authorized stay and employment in the United States, knowing it to be forged, counterfeited, altered and falsely made, and to have been procured by means of a false claim and statement, and to have been otherwise procured by fraud and unlawfully obtained, to wit, TRUCCHIO, PAZIENZA, GUTKOWSKI,

CASELLA, ZAINO, and others enabled and assisted aliens to
fraudulently procure nonimmigrant visas by, among other things,
providing them with false job offer documentation, in violation
of Title 18, United States Code, Sections 1546(a) and 2.

       b.   From at least in or about 2008 through in or
about 2011, in the Southern District of New York and elsewhere,
ALPHONSE TRUCCHIO, WILLIAM PAZIENZA, SR., a/k/a "Old Man Willy,"
a/k/a "The Grandfather," RICHARD GUTKOWSKI, PAUL CASELLA, and
LAWRENCE ZAINO, the defendants, and others known and unknown,
willfully and knowingly did make under oath, and as permitted
under penalty of perjury under section 1746 of Title 28, United
States Code, subscribe as true, and aid and abet the making under
oath and subscription as true of, a false statement with respect
to a material fact in an application, affidavit, and other
document required by the immigration laws and regulations
prescribed thereunder, and knowingly present and aid and abet the
presentment of, such an application, affidavit, and other
document which contains such a false statement and which fails to
contain any reasonable basis in law and fact, to wit, TRUCCHIO,
PAZIENZA, GUTKOWSKI, CASELLA, ZAINO, and others enabled and
assisted aliens to fraudulently procure nonimmigrant visas by,
among other things, providing them with false job offer
documentation, in violation of Title 18, United States Code,
Sections 1546(a) and 2.

17

**Racketeering Act Five:**
**Transporting, Harboring, and Inducing the Entry of**
**Illegal Aliens and Conspiracy to Transport, Harbor and**
**Induce the Entry of Illegal Aliens**

18.   ALPHONSE TRUCCHIO, WILLIAM PAZIENZA, SR., a/k/a

"Old Man Willy," a/k/a "The Grandfather," CHRISTOPHER COLON,

RICHARD GUTKOWSKI, PAUL CASELLA, and LAWRENCE ZAINO, the

defendants, committed the following acts, any one of which alone

constitutes the commission of Racketeering Act Five:

a.   From at least in or about 2008 through in or

about 2011, in the Southern District of New York and elsewhere,

ALPHONSE TRUCCHIO, WILLIAM PAZIENZA, SR., a/k/a "Old Man Willy,"

a/k/a "The Grandfather," CHRISTOPHER COLON, RICHARD GUTKOWSKI,

PAUL CASELLA, and LAWRENCE ZAINO, the defendants, and others

known and unknown, knowing and in reckless disregard of the fact

that an alien had come to, entered, and remained in the United

States in violation of law, willfully and knowingly combined,

conspired, confederated, and agreed together and with each other,

to transport and move such alien within the United States by

means of transportation and otherwise, in furtherance of such

violation of law, in violation of Sections 1324(a)(1)(A)(ii) and

1324(a)(1)(A)(v)(I) of Title 8, United States Code.

b.   From at least in or about 2008 through in or

about 2011, in the Southern District of New York and elsewhere,

ALPHONSE TRUCCHIO, WILLIAM PAZIENZA, SR., a/k/a "Old Man Willy,"

a/k/a "The Grandfather," CHRISTOPHER COLON, RICHARD GUTKOWSKI,

PAUL CASELLA, and LAWRENCE ZAINO, the defendants, and others known and unknown, knowing and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, willfully and knowingly did transport and move and attempt to transport and move such alien within the United States by means of transportation and otherwise, in furtherance of such violation of law, and aided and abetted the same, in violation of Section 1324(a)(1)(A)(ii) of Title 8, United States Code, and Section 2 of Title 18, United States Code.

c.    From at least in or about 2008 through in or about 2011, in the Southern District of New York and elsewhere, ALPHONSE TRUCCHIO, WILLIAM PAZIENZA, SR., a/k/a "Old Man Willy," a/k/a "The Grandfather," CHRISTOPHER COLON, RICHARD GUTKOWSKI, PAUL CASELLA, and LAWRENCE ZAINO, the defendants, and others known and unknown, knowing and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to conceal, harbor, and shield from detection such alien in any place, including a building and a means of transportation, in violation of Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(A)(v)(I) of Title 8, United States Code.

19

d.   From at least in or about 2008 through in or about 2011, in the Southern District of New York and elsewhere, ALPHONSE TRUCCHIO, WILLIAM PAZIENZA, SR., a/k/a "Old Man Willy," a/k/a "The Grandfather," CHRISTOPHER COLON, RICHARD GUTKOWSKI, PAUL CASELLA, and LAWRENCE ZAINO, the defendants, and others known and unknown, knowing and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, willfully and knowingly did conceal, harbor, and shield from detection, and attempt to conceal, harbor, and shield from detection, such alien in any place, including a building and a means of transportation, and aided and abetted the same, in violation of Section 1324(a)(1)(A)(iii) of Title 8, United States Code, and Section 2 of Title 18, United States Code.

e.   From at least in or about 2008 through in or about 2011, in the Southern District of New York and elsewhere, ALPHONSE TRUCCHIO, WILLIAM PAZIENZA, SR., a/k/a "Old Man Willy," a/k/a "The Grandfather," CHRISTOPHER COLON, RICHARD GUTKOWSKI, PAUL CASELLA, and LAWRENCE ZAINO, the defendants, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to encourage and induce an alien to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence would be in violation

of law, in violation of Sections 1324(a)(1)(A)(iv) and 1324(a)(1)(A)(v)(I) of Title 8, United States Code of Title 8, United States Code.

       f.    From at least in or about 2008 through in or about 2011, in the Southern District of New York and elsewhere, ALPHONSE TRUCCHIO, WILLIAM PAZIENZA, SR., a/k/a "Old Man Willy," a/k/a "The Grandfather," CHRISTOPHER COLON, RICHARD GUTKOWSKI, PAUL CASELLA, and LAWRENCE ZAINO, the defendants, and others known and unknown, willfully and knowingly did encourage and induce an alien to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence would be in violation of law, and aided and abetted the same, in violation of Section 1324(a)(1)(A)(iv) of Title 8, United States Code, and Section 2 of Title 18, United States Code.

       (Title 18, United States Code, Section 1962(c).)

### COUNT THREE
**(Extortion Conspiracy - Owners and Operators of Strip Club-1)**

       The Grand Jury further charges:

       19.    From at least in or about November 2010 through in or about 2011, in the Southern District of New York and elsewhere, ANTHONY FRASCONE, a/k/a "The Walker," a/k/a "Perry Como," PAUL CASELLA, and LAWRENCE ZAINO, the defendants, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other

to commit extortion, as that term is defined in Title 18, United States Code, Section 1951(b)(2), by obtaining money and property from and with the consent of another person, to wit, individuals who owned and operated Strip Club-1, which consent was induced by the wrongful use of actual and threatened force, violence, and fear, and thereby would and did obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3).

(Title 18, United States Code, Section 1951.)

### COUNT FOUR
**(Extortion Conspiracy - Owners and Operators of Strip Club-2)**

The Grand Jury further charges:

20.   From at least in or about 2008 through in or about 2011, in the Southern District of New York and elsewhere, ALPHONSE TRUCCHIO, WILLIAM PAZIENZA, SR., a/k/a "Old Man Willy," a/k/a "The Grandfather," CHRISTOPHER COLON, ANTHONY FRASCONE, a/k/a "The Walker," a/k/a "Perry Como," PAUL CASELLA, and LAWRENCE ZAINO, the defendants, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to commit extortion, as that term is defined in Title 18, United States Code, Section 1951(b)(2), by obtaining money and property from and with the consent of another person, to wit, individuals who owned and operated Strip Club-2, which consent was induced by the wrongful

22

use of actual and threatened force, violence, and fear, and thereby would and did obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3).

(Title 18, United States Code, Section 1951.)

## COUNT FIVE
### (Extortion Conspiracy - Owners and Operators of Strip Club-3 and Strip Club-4 )

The Grand Jury further charges:

21.   From at least in or about 2008 through in or about 2011, in the Southern District of New York and elsewhere, ALPHONSE TRUCCHIO, WILLIAM PAZIENZA, SR., a/k/a "Old Man Willy," a/k/a "The Grandfather," CHRISTOPHER COLON, RICHARD GUTKOWSKI, ANTHONY FRASCONE, a/k/a "The Walker," a/k/a "Perry Como," PAUL CASELLA, and LAWRENCE ZAINO, the defendants, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to commit extortion, as that term is defined in Title 18, United States Code, Section 1951(b)(2), by obtaining money and property from and with the consent of another person, to wit, individuals who owned and operated Strip Club-3 and Strip Club-4, which consent was induced by the wrongful use of actual and threatened force, violence, and fear, and thereby would and did obstruct, delay, and affect commerce and the movement of articles and commodities

in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3).

(Title 18, United States Code, Section 1951).

## COUNT SIX
### (Visa Fraud Conspiracy)

The Grand Jury further charges:

22. From at least in or about 2008 through in or about 2011, in the Southern District of New York and elsewhere, ALPHONSE TRUCCHIO, WILLIAM PAZIENZA, SR., a/k/a "Old Man Willy," a/k/a "The Grandfather," RICHARD GUTKOWSKI, PAUL CASELLA, LAWRENCE ZAINO, ALEKSANDR KRAVETS, a/k/a "Big Alex," THOMAS DEVITT III, a/k/a "Tommy D," GERALD MONFORT, YONG WANG, a/k/a "Jonathan," BORIS YUSUPOV, VITALIY MINDYUK, ZHANNA KUZNETSOVA, a/k/a "Zhanna Striano," a/k/a "Jane," ELENA TURUBANOVA, a/k/a "Elena Totten," JEFFREY RINCHEY, OSCAR ZELEDON, and ALEXANDER BELESON, the defendants, and others known and unknown, unlawfully, willfully, and knowingly combined, conspired, confederated, and agreed together and with each other commit offenses against the United States, to wit, violations of Section 1546(a) of Title 18, United States Code.

23. It was a part and an object of the conspiracy that ALPHONSE TRUCCHIO, WILLIAM PAZIENZA, SR., a/k/a "Old Man Willy," a/k/a "The Grandfather," RICHARD GUTKOWSKI, PAUL CASELLA, LAWRENCE ZAINO, ALEKSANDR KRAVETS, a/k/a "Big Alex," THOMAS DEVITT III, a/k/a "Tommy D," GERALD MONFORT, YONG WANG, a/k/a

"Jonathan," BORIS YUSUPOV, VITALIY MINDYUK, ZHANNA KUZNETSOVA, a/k/a "Zhanna Striano," a/k/a "Jane," ELENA TURUBANOVA, a/k/a "Elena Totten," JEFFREY RINCHEY, OSCAR ZELEDON, and ALEXANDER BELESON, the defendants, and others known and unknown, would and did knowingly utter, use, attempt to use, possess, obtain, accept, and receive an immigrant and nonimmigrant visa, permit, border crossing card, alien registration receipt card and other document prescribed by statute and regulation for entry into and as evidence of authorized stay and employment in the United States, knowing it to be forged, counterfeited, altered and falsely made, and to have been procured by means of a false claim and statement, and to have been otherwise procured by fraud and unlawfully obtained, to wit, TRUCCHIO, PAZIENZA, GUTKOWSKI, CASELLA, ZAINO, KRAVETS, DEVITT, MONFORT, WANG, YUSUPOV, MINDYUK, KUZNETSOVA, TURUBANOVA, RINCHEY, ZELEDON, BELESON, and others enabled and assisted aliens to fraudulently procure nonimmigrant visas by, among other things, providing them with false job offer documentation, in violation of Title 18, United States Code, Section 1546(a).

24.  It was further a part and an object of the conspiracy that ALPHONSE TRUCCHIO, WILLIAM PAZIENZA, SR., a/k/a "Old Man Willy," a/k/a "The Grandfather," RICHARD GUTKOWSKI, PAUL CASELLA, LAWRENCE ZAINO, ALEKSANDR KRAVETS, a/k/a "Big Alex," THOMAS DEVITT III, a/k/a "Tommy D," GERALD MONFORT, YONG WANG,

a/k/a "Jonathan," BORIS YUSUPOV, VITALIY MINDYUK, ZHANNA

KUZNETSOVA, a/k/a "Zhanna Striano," a/k/a "Jane," ELENA

TURUBANOVA, a/k/a "Elena Totten," JEFFREY RINCHEY, OSCAR ZELEDON,

and ALEXANDER BELESON, the defendants, and others known and

unknown, would and did knowingly make under oath, and as

permitted under penalty of perjury under section 1746 of title

28, United States Code, knowingly subscribe as true, a false

statement with respect to a material fact in an application,

affidavit, and other document required by the immigration laws

and regulations prescribed thereunder, and knowingly present such

an application, affidavit, and other document which contains such

a false statement and which fails to contain any reasonable basis

in law and fact, to wit, TRUCCHIO, PAZIENZA, GUTKOWSKI, CASELLA,

ZAINO, KRAVETS, DEVITT, MONFORT, WANG, YUSUPOV, MINDYUK,

KUZNETSOVA, TURUBANOVA, RINCHEY, ZELEDON, BELESON, and others

enabled and assisted aliens to fraudulently procure nonimmigrant

visas by, among other things, providing them with false job offer

documentation, in violation of Title 18, United States Code,

Section 1546(a).

<u>Overt Acts</u>

25.   In furtherance of said conspiracy and to effect

the illegal objects thereof, the following overt acts, among

others, were committed in the Southern District of New York and

elsewhere:

26

a.  In or about early 2010, YONG WANG, a/k/a "Jonathan," the defendant, authorized a co-conspirator not named herein ("CC-1") to use a business of WANG's ("Business-1") as the employer on fraudulent job offers to be used by Russian and Eastern-European non-resident aliens to obtain fraudulent visas.

b.  In or about January 2010, a co-conspirator not named herein ("CC-2") submitted a fraudulent job offer from Business-1 to a United States State Department approved sponsor operating in Manhattan, New York, in connection with his or her application for a J-1 summer work and travel non-immigrant visa.

c.  On or about July 8, 2010, CC-2 entered the United States using the fraudulent J-1 summer work and travel non-immigrant visa.

d.  On or about January 19, 2011, ELENA TURUBANOVA, a/k/a "Elena Totten," and OSCAR ZELEDON, the defendants, discussed fraudulent job offers.

e.  On or about January 20, 2011, ALEKSANDR KRAVETS, a/k/a "Big Alex," and OSCAR ZELEDON, the defendants, discussed fraudulent job offers.

f.  On or about January 11, 2011, in a phone call placed through a calling card company's Manhattan, New York, access number,  ALEKSANDR KRAVETS, a/k/a "Big Alex," and ZHANNA KUZNETSOVA, a/k/a "Zhanna Striano," a/k/a "Jane," the defendants, discussed fraudulent job offers.

27

g.   On or about January 26, 2011, THOMAS DEVITT III, a/k/a "Tommy D," GERALD MONFORT, and JEFFREY RINCHEY, the defendants, discussed the employment of aliens as strippers in violation of their visas.

h.   On or about February 28, 2011, WILLIAM PAZIENZA, SR., a/k/a "Old Man Willy," a/k/a "The Grandfather," RICHARD GUTKOWSKI, PAUL CASELLA, LAWRENCE ZAINO, ALEKSANDR KRAVETS, a/k/a "Big Alex," and THOMAS DEVITT III, a/k/a "Tommy D," the defendants, discussed the recruitment of illegal aliens to work in strip clubs.

i.   On or about December 14, 2010, ALEXANDER BELESON, the defendant, discussed paying a co-conspirator not named herein ("CC-3") for a Latvian woman to come to the United States and work at a strip club in violation of her visa requirements.

j.   In or about 2008, ALPHONSE TRUCCHIO, ALEKSANDR KRAVETS, a/k/a "Big Alex," the defendants, and others discussed the process by which Russian and Eastern European women are brought to the United States to work as strippers in violation of their visa requirements.

k.   On or about January 26, 2011, ALEKSANDR KRAVETS, a/k/a "Big Alex," and VITALIY MINDYUK, the defendants, discussed how to avoid detection in transporting illegal aliens to work as strippers.

l.  On or about December 18, 2011, ALEKSANDR KRAVETS, a/k/a "Big Alex," and BORIS YUSUPOV, the defendants, discussed how to avoid detection in transporting illegal aliens to work as strippers.

(Title 18, United States Code, Section 371.)

## COUNT SEVEN
### (Conspiracy to Transport, Harbor, and Induce Entry of Illegal Aliens)

The Grand Jury further charges:

26.  From at least in or about 2008 through in or about 2011, in the Southern District of New York and elsewhere, ALPHONSE TRUCCHIO, WILLIAM PAZIENZA, SR., a/k/a "Old Man Willy," a/k/a "The Grandfather," CHRISTOPHER COLON, RICHARD GUTKOWSKI, PAUL CASELLA, LAWRENCE ZAINO, ALEKSANDR KRAVETS, a/k/a "Big Alex," THOMAS DEVITT III, a/k/a "Tommy D," GERALD MONFORT, YONG WANG, a/k/a "Jonathan," BORIS YUSUPOV, VITALIY MINDYUK, ZHANNA KUZNETSOVA, a/k/a "Zhanna Striano," a/k/a "Jane," ELENA TURUBANOVA, a/k/a "Elena Totten," NATALIA IVANOVA, a/k/a "Natasha," CHRISTINE GUNNING, a/k/a "Christine Dalaba," JEFFREY RINCHEY, OSCAR ZELEDON, and ALEXANDER BELESON, the defendants, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to violate Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(iii) and 1324(a)(1)(A)(iv) of Title 8, United States Code.

27.   It was a part and an object of the conspiracy that ALPHONSE TRUCCHIO, WILLIAM PAZIENZA, SR., a/k/a "Old Man Willy," a/k/a "The Grandfather," CHRISTOPHER COLON, RICHARD GUTKOWSKI, PAUL CASELLA, LAWRENCE ZAINO, ALEKSANDR KRAVETS, a/k/a "Big Alex," THOMAS DEVITT III, a/k/a "Tommy D," GERALD MONFORT, YONG WANG, a/k/a "Jonathan," BORIS YUSUPOV, VITALIY MINDYUK, ZHANNA KUZNETSOVA, a/k/a "Zhanna Striano," a/k/a "Jane," ELENA TURUBANOVA, a/k/a "Elena Totten," NATALIA IVANOVA, a/k/a "Natasha," CHRISTINE GUNNING, a/k/a "Christine Dalaba," JEFFREY RINCHEY, OSCAR ZELEDON, and ALEXANDER BELESON, the defendants, and others known and unknown, knowing and in reckless disregard of the fact that an alien has come to, entered, and remains in the United States in violation of law, would and did transport, and move and attempt to transport and move such alien within the United States by means of transportation and otherwise, in furtherance of such violation of law, in violation of Section 1324(a)(1)(A)(ii) of Title 8, United States Code.

28.   It was further a part and an object of the conspiracy that ALPHONSE TRUCCHIO, WILLIAM PAZIENZA, SR., a/k/a "Old Man Willy," a/k/a "The Grandfather," CHRISTOPHER COLON, RICHARD GUTKOWSKI, PAUL CASELLA, LAWRENCE ZAINO, ALEKSANDR KRAVETS, a/k/a "Big Alex," THOMAS DEVITT III, a/k/a "Tommy D," GERALD MONFORT, YONG WANG, a/k/a "Jonathan," BORIS YUSUPOV, VITALIY MINDYUK, ZHANNA KUZNETSOVA, a/k/a "Zhanna Striano," a/k/a

"Jane," ELENA TURUBANOVA, a/k/a "Elena Totten," NATALIA IVANOVA,
a/k/a "Natasha," CHRISTINE GUNNING, a/k/a "Christine Dalaba,"
JEFFREY RINCHEY, OSCAR ZELEDON, and ALEXANDER BELESON, the
defendants, and others known and unknown, knowing and in reckless
disregard of the fact that an alien has come to, entered, and
remains in the United States in violation of law, would and did
conceal, harbor, and shield from detection, and attempt to
conceal, harbor, and shield from detection, such alien in any
place, including a building and a means of transportation, in
violation of Section 1324(a)(1)(A)(iii) of Title 8, United States
Code.

29.  It was further a part and an object of the
conspiracy that ALPHONSE TRUCCHIO, WILLIAM PAZIENZA, SR., a/k/a
"Old Man Willy," a/k/a "The Grandfather," CHRISTOPHER COLON,
RICHARD GUTKOWSKI, PAUL CASELLA, LAWRENCE ZAINO, ALEKSANDR
KRAVETS, a/k/a "Big Alex," THOMAS DEVITT III, a/k/a "Tommy D,"
GERALD MONFORT, YONG WANG, a/k/a "Jonathan," BORIS YUSUPOV,
VITALIY MINDYUK, ZHANNA KUZNETSOVA, a/k/a "Zhanna Striano," a/k/a
"Jane," ELENA TURUBANOVA, a/k/a "Elena Totten," NATALIA IVANOVA,
a/k/a "Natasha," CHRISTINE GUNNING, a/k/a "Christine Dalaba,"
JEFFREY RINCHEY, OSCAR ZELEDON, and ALEXANDER BELESON, the
defendants, and others known and unknown, would and did encourage
and induce an alien to come to, enter, and reside in the United
States, knowing and in reckless disregard of the fact that such

coming to, entry, and residence is and will be in violation of
law, in violation of Section 1324(a)(1)(A)(iv) of Title 8, United
States Code.

(Title 8, United States Code, Section 1324(a)(1)(A)(v)(I).)

### COUNT EIGHT
(Marriage Fraud Conspiracy)

The Grand Jury further charges:

30.   From at least in or about 2008 through in or about
2011, in the Southern District of New York and elsewhere,
ALEKSANDR KRAVETS, a/k/a "Big Alex," ZHANNA KUZNETSOVA, a/k/a
"Zhanna Striano," a/k/a "Jane," ELENA TURUBANOVA, a/k/a "Elena
Totten," NATALIA IVANOVA, a/k/a "Natasha," and CHRISTINE GUNNING,
a/k/a "Christine Dalaba," the defendants, and others known and
unknown, willfully and knowingly combined, conspired,
confederated, and agreed together and with each other to commit
an offense against the United States, to wit, a violation of
Section 1325(c) of Title 8, United States Code.

31.   It was a part and an object of the conspiracy that
ALEKSANDR KRAVETS, a/k/a "Big Alex," ZHANNA KUZNETSOVA, a/k/a
"Zhanna Striano," a/k/a "Jane," ELENA TURUBANOVA, a/k/a "Elena
Totten," NATALIA IVANOVA, a/k/a "Natasha," and CHRISTINE GUNNING,
a/k/a "Christine Dalaba," the defendants, and others known and
unknown, willfully and knowingly would and did enter into and
assist others in entering into marriages for the purpose of
evading provisions of the immigration laws.

Overt Acts

32.   In furtherance of said conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.   In or about 2007, CHRISTINE GUNNING, a/k/a "Christine Dalaba," the defendant, met with a co-conspirator not named herein ("CC-4") in order to arrange a fake marriage.

b.   In or about October 2007, CHRISTINE GUNNING, a/k/a "Christine Dalaba," the defendant, and CC-4 went to Queens, New York, where they met NATALIA IVANOVA, a/k/a "Natasha," the defendant, and another co-conspirator not named herein who was not a citizen of the United States ("CC-5"), and discussed the arrangement of a fake marriage between CC-4 and CC-5.

c.   On or about October 30, 2007, CC-4 and CC-5 entered a fake marriage in Queens, New York.

d.   On or about December 23, 2010, ALEKSANDR KRAVETS, a/k/a "Big Alex," and NATALIA IVANOVA, a/k/a "Natasha," the defendants, discussed the arrangement of a fake marriage.

e.   In or about December 2006, ALEKSANDR KRAVETS, a/k/a "Big Alex," the defendant, introduced CC-1 to NATALIA IVANOVA, a/k/a "Natasha," the defendant, so that CC-1 could enter into a fake marriage through IVANOVA.

33

f.   In or about December 2006, CC-1 entered a fake marriage and paid NATALIA IVANOVA, a/k/a "Natasha," the defendant, in connection with that fake marriage.

g.   On or about June 7, 2007, CC-1 appeared for an interview with Department of Homeland Security officials at 26 Federal Plaza in Manhattan, New York, and falsely maintained the legitimacy of CC-1's marriage.

h.   In or about March 2011, NATALIA IVANOVA, a/k/a "Natasha," the defendant, met with a co-conspirator not named herein ("CC-6") to discuss a fake marriage IVANOVA arranged.

i.   On or about September 6, 2007, ZHANNA KUZNETSOVA, a/k/a "Zhanna Striano," a/k/a "Jane," the defendant, entered into a fake marriage in Yonkers, New York.

j.   On or about April 11, 2009, ELENA TURUBANOVA, a/k/a "Elena Totten," the defendant, entered into a fake marriage in Yonkers, New York.

(Title 18, United States Code, Section 371.)

## First Forfeiture Allegation

33.   The allegations contained in Counts One and Two of this Indictment are hereby repeated, realleged, and incorporated by reference herein as though fully set forth at length for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 1963, and Title 28, United States Code, Section 2461(c).   Pursuant to Rule 32.2(a), Fed. R.

34

Crim. P., notice is hereby given to the defendants that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 1963 in the event of any defendant's conviction under Counts One and Two of this Indictment.

34.   The defendants, ALPHONSE TRUCCHIO, WILLIAM PAZIENZA, SR., a/k/a "Old Man Willy," a/k/a "The Grandfather," CHRISTOPHER COLON, RICHARD GUTKOWSKI, ANTHONY FRASCONE, a/k/a "The Walker," a/k/a "Perry Como," PAUL CASELLA, and LAWRENCE ZAINO,

a.   have acquired and maintained interest in violation of Title 18, United States Code, Section 1962, which interests are subject to forfeiture to the United States pursuant to Title 18, United States Code, Section 1963(a)(1);

b.   have an interest in, security of, claims against, and property and contractual rights which afford a source of influence over, the enterprise named and described herein which the defendants established, operated, controlled, conducted, and participated in the conduct of, in violation of Title 18, United States Code, Section 1962, which interests, securities, claims and rights are subject to forfeiture to the United States pursuant to Title 18, United States Code, Section 1963(a)(2);

c.   have property constituting and derived from proceeds obtained, directly and indirectly, from racketeering activity, in violation of Title 18, United States Code, Section 1962, which property is subject to forfeiture to the United States pursuant to Title 18, United States Code, Section 1963(a)(3),

35.   If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

a.   cannot be located upon the exercise of due diligence;

b.   has been transferred or sold to, or deposited with, a third person;

c.   has been placed beyond the jurisdiction of the Court;

d.   has been substantially diminished in value; or

e.   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 1963(m), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

36.   The above-named defendants, and each of them, are jointly and severally liable for the forfeiture obligations as alleged above.

(Title 18, United States Code, Sections 1962, 1963.)

36

## Second Forfeiture Allegation

37.  As a result of committing one or more of the offenses charged in Counts Three, Four, and Five of this Indictment, ALPHONSE TRUCCHIO, WILLIAM PAZIENZA, SR., a/k/a "Old Man Willy," a/k/a "The Grandfather," CHRISTOPHER COLON, RICHARD GUTKOWSKI, ANTHONY FRASCONE, a/k/a "The Walker," a/k/a "Perry Como," PAUL CASELLA, and LAWRENCE ZAINO, the defendants, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461, all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of one or more of the offenses charged in Counts Three, Four, and Five of this Indictment.

## Substitute Asset Provision

38.  If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

a.  cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third person;

c.  has been placed beyond the jurisdiction of the Court;

d.  has been substantially diminished in value; or

e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 981, Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461, to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981(a)(1)(C),
Title 21, United States Code, Section 853(p), and
Title 28, United States Code, Section 2461.)

### Third Forfeiture Allegation

39.    As a result of committing one or more of the offenses charged in Counts Six and Eight of this Indictment, ALPHONSE TRUCCHIO, WILLIAM PAZIENZA, SR., a/k/a "Old Man Willy," a/k/a "The Grandfather," CHRISTOPHER COLON, RICHARD GUTKOWSKI, PAUL CASELLA, LAWRENCE ZAINO, ALEKSANDR KRAVETS, a/k/a "Big Alex," THOMAS DEVITT III, a/k/a "Tommy D," GERALD MONFORT, YONG WANG, a/k/a "Jonathan," BORIS YUSUPOV, VITALIY MINDYUK, ZHANNA KUZNETSOVA, a/k/a "Zhanna Striano," a/k/a "Jane," ELENA TURUBANOVA, a/k/a "Elena Totten," NATALIA IVANOVA, a/k/a "Natasha," CHRISTINE GUNNING, a/k/a "Christine Dalaba," OSCAR ZELEDON, and ALEXANDER BELESON, the defendants, shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(6), any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offenses of which the defendants are

38

convicted; and any property real and personal that constitutes, or is derived from or is traceable to proceeds obtained directly or indirectly from the commission of the offenses of which the defendants are convicted; or that is used to facilitate, or is intended to be used to facilitate, the commission of the offenses of which the defendants are convicted.

### Substitute Asset Provision

40.   If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 982(b) and 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

(Title 18, United States Code, Section 982 and Title 21, United States Code, Section 853.)

## Fourth Forfeiture Allegation

41.   As a result of committing the offense charged in
Count Seven of this Indictment, ALPHONSE TRUCCHIO, WILLIAM
PAZIENZA, SR., a/k/a "Old Man Willy," a/k/a "The Grandfather,"
CHRISTOPHER COLON, RICHARD GUTKOWSKI, PAUL CASELLA, LAWRENCE
ZAINO, ALEKSANDR KRAVETS, a/k/a "Big Alex," THOMAS DEVITT III,
a/k/a "Tommy D," GERALD MONFORT, YONG WANG, a/k/a "Jonathan,"
BORIS YUSUPOV, VITALIY MINDYUK, ZHANNA KUZNETSOVA, a/k/a "Zhanna
Striano," a/k/a "Jane," ELENA TURUBANOVA, a/k/a "Elena Totten,"
NATALIA IVANOVA, a/k/a "Natasha," CHRISTINE GUNNING, a/k/a
"Christine Dalaba," OSCAR ZELEDON, and ALEXANDER BELESON, the
defendants, shall forfeit to the United States, pursuant to 18
U.S.C. § 982(a)(6), any conveyance, including any vessel,
vehicle, or aircraft used in the commission of the offense of
which the defendants are convicted; and any property real and
personal that constitutes, or is derived from or is traceable to
proceeds obtained directly or indirectly from the commission of
the offenses of which the defendants are convicted; or that is
used to facilitate, or is intended to be used to facilitate, the
commission of the offense of which the defendants are convicted;
and pursuant to 8 U.S.C. § 1324(b), the defendants shall forfeit
to the United States, any conveyance, including vessel, vehicle,
or aircraft, that has been or was being used in the commission of

the offense, the gross proceeds of the offense, and any property traceable to such conveyance or proceeds.

<u>Substitute Asset Provision</u>

42.    If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 8 U.S.C. § 1324(b), 18 U.S.C. § 982(b), and 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

(Title 8, United States Code, Section 1324(b), 18, United States Code, Section 982, and Title 21, United States Code, Section 853.)

_____

FOREPERSON

PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

- v. -

ALPHONSE TRUCCHIO,
WILLIAM PAZIENZA, SR., a/k/a "Old Man Willy," a/k/a "The Grandfather,"
CHRISTOPHER COLON, RICHARD GUTKOWSKI,
ANTHONY FRASCONE, a/k/a "The Walker," a/k/a "Perry Como,"
PAUL CASELLA, LAWRENCE ZAINO, ALEKSANDR KRAVETS, a/k/a "Big Alex,"
THOMAS DEVITT III, a/k/a "Tommy D," GERALD MONFORT,
YONG WANG, a/k/a "Jonathan," BORIS YUSUPOV, VITALIY MINDYUK,
ZHANNA KUZNETSOVA, a/k/a "Zhanna Striano," a/k/a "Jane,"
ELENA TURUBANOVA, a/k/a "Elena Totten,"
NATALIA IVANOVA, a/k/a "Natasha,"
CHRISTINE GUNNING, a/k/a "Christine Dalaba,"
JEFFREY RINCHEY, OSCAR ZELEDON, and ALEXANDER BELESON,

Defendants.

### SEALED INDICTMENT

S1 11 Cr. ~~416~~ 614 CO (VM)

(Title 18, United States Code, Sections 371, 981, 982, 1546, 1951,
1962, 1963, Title 8, United States Code, Section
1324(a)(1)(A)(v)(I),
Title 21, United States Code, Section 853(p), and
Title 28, United States Code, Section 2461.))

PREET BHARARA
United States Attorney.

**A TRUE BILL**

_11/17/2011_ _____   Foreperson. _[signature]_

Nov 17, 2011
Filed Sealed first Superseding indictment.

Debra Freeman, U.S.M.J.