# Curtis J. Farber

Attorney At Law

350 Broadway, 10th Floor
New York, NY 10013
Tel: (212) 334-4466
Fax: (212) 226-3224
curtisfarber@mindspring.com

December 13, 2011

Hon. Victor Marrero
US District Court – SDNY
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/11

**BY FACSIMILE: (212) 805-6382**

RE: <u>USA v. Christine Gunning</u>
11 Cr. 614 (VM)

Dear Judge Marrero:

I am CJA counsel for Christine Gunning in the above-referenced matter. Ms. Gunning is released on a bond, a condition of which requires co-signatures of two financially responsible people. This condition presently is required to be satisfied by Wednesday, December 14, 2011. Request is respectfully made to extend this deadline until Friday, December 16, 2011. I have spoken with AUSA Jonathan Cohen and he has indicated that he has no objection.

Respectfully submitted,

Curtis Farber

cc: AUSA Jonathan Cohen

---

Request GRANTED. The time for defendant Christine Gunning to satisfy the conditions of bail set herein is extended to 12-16-11.

**SO ORDERED.**

12-14-11
DATE

VICTOR MARRERO, U.S.D.J.