# Curtis J. Farber

Attorney At Law

350 Broadway, 10th Floor
New York, NY 10013
Tel: (212) 334-4466
Fax: (212) 226-3224
curtisfarber@mindspring.com

June 11, 2012

Hon. Victor Marrero
US District Court – SDNY
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMEN[T]
ELECTRONIC[ALLY] FILED
DC #: _____
DATE FILED: 6/12/12

**BY FACSIMILE: (212) 805-6382**

RE: <u>USA v. Christine Gunning</u>
11 Cr. 614 (VM)

Dear Judge Marrero:

I am CJA counsel for Christine Gunning in the above-referenced matter. Ms. Gunning is respectfully requesting that her appearance be excused from the status conference scheduled for this Friday, June 15, 2012. The reason for this request is that Ms. Gunning secured new employment which commenced today and she is concerned that taking a day off from work will jeopardize her position.

I have spoken with AUSA Michael Ferrera concerning this request and he has indicated that he has no objection.

Respectfully submitted,

Curtis Farber

cc: AUSA Michael Ferrera

Request GRANTED. Defendant Christine Gunning is excused from personal appearance at the conference in this matter scheduled for 6-15-12.

SO ORDERED.

6-12-12
DATE    VICTOR MARRERO, U.S.D.J.