# Curtis J. Farber
Attorney At Law

350 Broadway, 10th Floor
New York, NY 10013
Tel: (212) 334-4466
Fax: (212) 226-3224
curtisfarber@mindspring.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/12

RECEIVED
JUL 13 2012
CHAMBERS OF
JUDGE MARRERO

July 10, 2012

Hon. Victor Marrero
United States District Court - SDNY
500 Pearl Street
New York, New York 10007

                RE:  United States v. Christine Gunning
                    Dkt. No. 11 Cr. 614 (VM)

Dear Judge Marrero:

I am CJA counsel for Christine Gunning, the defendant in the above-referenced matter. This case next appears on the Court's calendar on September 21, 2012.

I write to advise the Court that I have been appointed to the bench by Mayor Michael Bloomberg as an Interim Civil Court Judge and will be officially sworn tomorrow. Accordingly, I am requesting to be relieved and for the assignment of new counsel in this case. I will remain available to new counsel to review the case file.

It has been a pleasure to appear before you.

                                            Respectfully yours,

                                            Curtis Farber

cc:  AUSA Michael Ferrera
      Christine Gunning

> Request GRANTED. Attorney Curtis Farber is relieved of his representation of defendant Christine Gunning in this matter. The Court shall assign the CJA attorney on duty as of this date to substitute, if no conflict exists. DATE 7-13-12
>
> SO ORDERED.
>
> VICTOR MARRERO, U.S.D.J.