**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x
:
UNITED STATES OF AMERICA            :
:
         -against-                  :         **ORDER**
:
CHRISTINE GUNNING, et al.           :
:
:         11 Cr. 0614
:
:         Docket #
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/12


__Victor Marrero_____, **DISTRICT JUDGE**:
     Judge's Name

The C.J.A. attorney assigned to this case

__Curtis J. Farber_____ is hereby ordered substituted
     Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to __Kelley Sharkey__, NUNC-PRO-TUNC __7/13/2012__.
                         Attorney's Name

                          **SO ORDERED.**

                          _____
                          **UNITED STATES DISTRICT JUDGE**

**Dated:  New York, New York
         7/16/2012**