UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :

    - v. -                          :   WAIVER OF INDICTMENT

CHRISTINE GUNNING,               :   S3 11 Cr. 614 (VM)
    a/k/a "CHRISTINE DALABA,"
                               :
              Defendant.
                               :

- - - - - - - - - - - - - - - - - - -x

        CHRISTINE GUNNING, a/k/a "CHRISTINE DALABA," the defendant, who is accused of violating Title 8, United States Code, Sections 1325(), 1324(a)(1)(A)(iii), and 1324(a)(1)(A)(iv), as well as Title 18, United States Code, Sections 2, 371, and 1341, being advised of the nature of the charges and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                   _____
                                                   Defendant

                                                   _____
                                                   Witness

                                                   _____
                                                   Counsel for Defendant

Date:    New York, New York
           November 26, 2010

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 26 2012