**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

November 8, 2019

**BY ECF**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/19
```

Re: *United States v. Christine Gunning,*
11 Cr. 614 (VM)

Dear Judge Marrero:

The Government respectfully submits this letter with the consent of the above-referenced defendant, by and through her counsel, Kelley Sharkey, Esq., to request that sentencing in this matter be set for a date convenient for the Court in February 2020. The Government understands from Ms. Sharkey that the defendant has health conditions that might inhibit her ability to travel. Accordingly, the parties further request that, in the event the defendant's health prevents her from travelling on the day set by the Court, the defendant be permitted to appear by video conference for her sentencing.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:      /s/
        Celia V. Cohen
        Assistant United States Attorney
        (212) 637-2466

cc: Kelley Sharkey, Esq.
      *Counsel for Christine Gunning*

---

Request GRANTED. The sentencing of defendant Christine Gunning herein is rescheduled to 2-28-20 at 11:45 am. No further extensions will be considered.

SO ORDERED.

11-15-19
DATE — VICTOR MARRERO, U.S.D.J.