USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------X
UNITED STATES OF AMERICA,

        -against-

CHRISTINE GUNNING,

        Defendant.
------------------------------------------X

**11 CR 614 (VM)**

**REQUEST FOR ACCOMMODATION**

**VICTOR MARRERO, U.S.D.J.:**

The Court has scheduled a sentencing in the above-captioned matter for March 6, 2020, at 3:45 p.m. Due to the defendant's inability to travel to the Southern District of New York, the Court approved the defendant's appearance at her sentencing by videoconference. Defense counsel has requested that the defendant be permitted to use the facilities at the courthouse for the United States District Court for the Northern District of New York at 15 Henry St., Binghamton, New York 13901. Accordingly, the Court hereby requests that the United States District Court for the Northern District of New York make all necessary arrangements and accommodations to permit the defendant to appear by videoconference.

Dated:    New York, New York
            5 March 2020

                                                        VICTOR MARRERO
                                                           U.S.D.J.