SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/9/20

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
UNITED STATES OF AMERICA              :
                                      :   11 CR 614 (VM)
     - against -                      :
                                      :   ORDER
CHRISTINE GUNNING,                    :
                                      :
                Defendant.            :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The Court previously scheduled a sentencing in the above-referenced matter for March 6, 2020 at 3:45 p.m. Due to a scheduling conflict, the Court advised the parties that it would reschedule the sentencing. The parties have advised the Court that they are available on March 20, 2020 at 11:45 a.m.

Accordingly, it is hereby ordered that the sentencing be held before Judge Marrero on Friday, March 20, 2020 at 11:45 a.m. The Court requests that the Binghamton courthouse for the United States District Court for the Northern District of New York help, to the extent necessary, facilitate arrangements for the defendant to appear by videoconference. (See "Request for Accommodation," Dkt. No. 562.)

**SO ORDERED.**

Dated: New York, New York
       6 March 2020

                                              VICTOR MARRERO
                                                 U.S.D.J.