**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,          :     **11 CR 614 (VM)**
                                   :
       -against-                   :
                                   :     **ORDER**
CHRISTINE GUNNING,                 :
                                   :
                    Defendant.     :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

The Court previously scheduled a sentencing in the above-referenced matter for March 20, 2020 at 11:45 a.m. Due to the ongoing coronavirus pandemic, the parties requested that the sentencing be rescheduled.

Accordingly, it is hereby ordered that the sentencing be held before Judge Marrero on Friday, June 19, 2020 at 1:15 p.m.

**SO ORDERED:**

Dated:   New York, New York
         24 March 2020

_____
Victor Marrero
U.S.D.J.