USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: May 28, 2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,       :    **11 CR 614 (VM)**
                         :
        -against-         :
                         :    **ORDER**
CHRISTINE GUNNING,          :
                         :
               Defendant.  :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant shall be held by teleconference before Judge Marrero on Friday, June 19, 2020 at 1:15 p.m. The parties are directed to use the following dial-in: 1-888-363-4749 (international callers use 1-215-446-3662), access code 8392198.

**SO ORDERED:**

Dated:    New York, New York
             28 May 2020

_____
              Victor Marrero
              U.S.D.J.